

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50548 | **DATE** | 12/16/2003 |
| **CASE TITLE** | KOSTER vs. HALL | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  For the reasons stated on the reverse Memorandum Opinion and Order, petitioner's motion for relief of judgment of conviction and sentence pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | DEC 17 2003 date docketed | 3 |
| | Docketing to mail notices. | | | |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. ✓ | | 12-17-03 date mailed notice | |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

This latest filing by petitioner, Norman P. Koster, is a motion for relief of judgment of conviction and sentence pursuant to 28 U.S.C. § 2241. Not only has Koster previously filed several motions for relief pursuant to § 2255 which were dismissed by this court for lack of jurisdiction as successive §2255 motions, but also he filed for a writ of habeas corpus pursuant to § 2241 in the Western Division of Wisconsin which was dismissed for lack of jurisdiction on February 17, 2003 by District Judge Barbara S. Crabb. This current motion does not meet the requirements for filing a § 2241 motion, see Kramer v. Olson, 347 F.3d 214 (7th Cir. 2003), and was explained in Judge Crabb's order of dismissal. The motion is dismissed for lack of jurisdiction.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

Norman P. Koster

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 03 C 50548

United States of America, et al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that petitioner's motion for relief of judgment of conviction and sentence pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

FILED-WD
03 DEC 17 AM 10:23
CLERK
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 12/16/2003

_Susan M. Wessman_
Susan M. Wessman, Deputy Clerk